UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALINKA TACUMA WADE MOYE,  )
                           )
         Plaintiff(s),     )   No. C 09-3897 BZ
                           )
    v.                     )   ***SUA SPONTE* JUDICIAL REFERRAL
                           )   FOR PURPOSES OF DETERMINING
LYDIA DIANNE BACA, et al., )   RELATEDNESS**
                           )
         Defendant(s).     )
                           )
_____)

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable William H. Alsup to determine whether this case is related to Moye v. City & County of San Francisco, C09-3892 WHA.  Both cases appear to concern the same parties facts.

Dated: September 24, 2009

　　　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
                                      Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-BZCASES\MOYE V. BACA\SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATEDNESS.wpd

1