IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA TACUMA WADE MOYE,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
                                       /

ALL RELATED CASES
                                       /

No. C 09-03892 WHA

**ORDER RE REQUEST TO SHOW VIDEOTAPE**

The Court is in receipt of plaintiff's request to show a videotape at the hearing on December 17, 2009. The Court does not have the facilities to play the videotape in the courtroom during the hearing. Plaintiff may bring a spare copy of the videotape for the judge to review after the hearing but this copy will not be returned to plaintiff.

**IT IS SO ORDERED.**

Dated: December 10, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE