IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA TACUMA WADE MOYE,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
/

AND ALL RELATED CASES
/

No. C 09-03897 WHA
No. C 09-05464 WHA

**ORDER DENYING LEAVE TO FILE COMPLAINT**

    In December 2009, an order deemed plaintiff a vexatious litigant and ordered that he obtain leave of court before filing any new complaint related to the claims asserted in the earlier actions he filed, including claims related to the fraudulent transfer, embezzlement, or robbery of the Hurdle estate; plaintiff's alleged false imprisonment; defendants' alleged robbery, assault or attempted murder of plaintiff; conspiracy to murder plaintiff; or illegal concealment of a child (Case No. C 09-3892 WHA, Dkt. No. 30). He was also ordered not to file further submissions in his previous eight actions before the undersigned.

    Petitioner now seeks permission to file a new complaint again asserting claims related to the supposed transfer of the Hurdle Estate (Br. at 4). Contrary to the previous order, he filed this request in two of his previous actions before the undersigned. Moreover, this complaint deals with issues related to the matters for which plaintiff was deemed a vexatious litigant.

1  Because of this, the Court declines to issue an order authorizing the filing of the instant
2  complaint.

4  **IT IS SO ORDERED.**

6  Dated: June 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2